1    Matthew Mellen (SBN 233350)
     Sarah Adelaars (SBN 281748)
2    MELLEN LAW FIRM
     411 Borel Avenue, Suite 230
3    San Mateo, California 94402
     Telephone:   (650) 638-0120
4    Facsimile:    (650) 638-0125

5    Attorney for Plaintiff,
     ERIKA COCKRELL, for the Estate of Dennis F. Cockrell
6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

11   ERIKA COCKRELL, for the Estate of Dennis F.     Case No.:  3:13-CV-02072-SC
     Cockrell,
12
                      Plaintiffs,
13                                                   **[~~PROPOSED~~] ORDER DISMISSING**
             v.                                      **PLAINTIFF'S COMPLAINT**
14                                                   **PURSUANT TO FRCP 41(a)(1)**
     WELLS FARGO BANK, N.A., a national
15   association; and Does 1 through 100, inclusive,

16                    Defendants.

17

18
            The Court, having received Plaintiff's Notice of Dismissal filed December 20, 2013, hereby
19
     dismisses, without prejudice, United States District Court Case Number 3:13-CV-02072-SC.
20
            **IT IS SO ORDERED.**
21

22

23
     Dated:   12/20/2013
24
                                                     HONO
25                                                   UNITE                               GE

26                                                          Judge Samuel Conti

27

28