1  Matthew Mellen (SBN 233350)
   Sarah Adelaars (SBN 281748)
2  MELLEN LAW FIRM
   411 Borel Avenue, Suite 230
3  San Mateo, California 94402
   Telephone:  (650) 638-0120
4  Facsimile:   (650) 638-0125

5  Attorney for Plaintiff,
   ERIKA COCKRELL, for the Estate of Dennis F. Cockrell

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ERIKA COCKRELL, for the Estate of Dennis F. Cockrell, | Case No.: 3:13-CV-02072-SC |
|---|---|
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 41(a)(1) |
| WELLS FARGO BANK, N.A., a national association; and Does 1 through 100, inclusive, | |
| Defendants. | |

The Court, having received Plaintiff's Notice of Dismissal filed December 20, 2013, hereby dismisses, without prejudice, United States District Court Case Number 3:13-CV-02072-SC.

**IT IS SO ORDERED.**

Dated:  12/20/2013

_____
HONO[signature: Judge Samuel Conti]
UNITED STATES DISTRICT JUDGE